**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

Case No.: 09–45087 – NCD
Chapter: 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

NACM HOLDINGS LLC

SUITE 100
701 XENIA AVENUE SOUTH
GOLDEN VALLEY, MN 55416

Social security/Taxpayer ID/Employer
ID/Other Nos.: 20–3847972

## NOTICE TO FILE CLAIMS

Payment of a dividend appears possible in this case. The previous notice stated that no claims may be filed. Accordingly, pursuant to Bankruptcy Rule 3002(c)(5), creditors are hereby notified that proofs of claim must be filed by 12/7/09, or, for governmental units, within 180 days from the date of the Order for Relief or 12/7/09, whichever is later. A proof of claim form is provided on the reverse side of this notice. Claims must be filed with the clerk of bankruptcy court at the address stated below.

Dated: 9/3/09

                                        Lori Vosejpka
                                        Clerk, U.S. Bankruptcy Court
                                        301 U.S. Courthouse
                                        300 South Fourth Street
                                        Minneapolis, MN 55415

                                        BY: lynne
                                        Deputy Clerk

**PROOF OF CLAIM FORM ON REVERSE SIDE OF THIS NOTICE**

mnbflclm 12/1/2007